# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Tony E. Collier

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

RECEIVED

JAN 02 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

vs.

08 C 50 0 01

Case No: _____ _kapala_
(To be supplied by the Clerk of this Court)

Mc. Guire

SHERRY BENTON

_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

Revised:  7/20/05

A.   Name: Tony E. Collier

B.   List all aliases: N/A

C.   Prisoner identification number: B=39900

D.   Place of present confinement: Pontiac Correctional Center

E.   Address: P.O. Box 99 Pontiac Illinois 61764

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: Mc.Guire

Title: OFFicer

Place of Employment: Dixon Correctional Center

B.   Defendant: SHERRY BENTON

Title: N/A

Place of Employment: ILLinois Prisoner Review Board

C.   Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised:  7/20/05

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (✓)  NO (  )  If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (✓)  NO (  )

C.    If your answer is **YES**:

1.    What steps did you take?

I had Send my grievance to the Administrative Review Board Because I had got transfered for Another institution

2/15/07  2.    What was the result?
Per Records Reviewed Mr. Collier is capable of filing his own grievance and has you can not filing on his behalf and it does not appear anything Prohibit Mr. Collier from writing his own grievance,
3/12/07  Not Submitted in the timeframe outlined in Department Rule 504 Therefore This issue will not be addressed further.

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
NO

D.    If your answer is **NO**, explain why not:
I had Send my grievance to the Administrative Review Board Because I had got transfered to Another institution.

3

Revised:  7/20/05

E.    Is the grievance procedure now completed?   YES (✓)  NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES (✓)  NO ( )

G.    If your answer is **YES**:

1.    What steps did you take?

See ( E )

_____

_____

_____

2.    What was the result?

See ( E )

_____

_____

_____

H.    If your answer is **NO**, explain why not:

See ( E )

_____

_____

_____

4

IV.     **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.     Name of case and docket number: __N /A__

B.     Approximate date of filing lawsuit: __N /A__

C.     List all plaintiffs (if you had co-plaintiffs), including any aliases: __N /A__

D.     List all defendants: __N /A__

E.     Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __N /A__

F.     Name of judge to whom case was assigned: __N /A__

G.     Basic claim made: __N /A__

H.     Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N /A__

I.     Approximate date of disposition: __N /A__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

V.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In order That, while incarcerated at the Illinois Department of Corrections "Dixon Correctional center Special treatment center" 2600 North Brinton Avenue P.O. Box = 1200, Dixon, Illinois 61021=2100, That AD=Hune Diem of September= 06 = 2006 at Approximately 23:08:42 P.M. Central Standard time (CST) While Correctional Officer Mc.Guire #UNKN Was Conducting the 23:00:00 P.M. Central Standard time count This Grievant Confronted this Correctional officer and respectfully AIK him can he Please contact correctional officer Johnson #UNKN who Was Assigned to B=Wing AD=Hunc=Diem, at Approx 24:30:12 A.M. Central time, C/o Mc.Guire Attempted to contact C/o Johnson But to No Avail C/o Johnson could not be Reach=or= Present at the time Due to he was out collecting Suppling, at Approx. 12:45:08 A.M. Central Standard time, Grievant informed C/o Mc.Guire, That Grievant was in need of his Ashma= Pump (INHALR) C/o Mc.Guire Left and returned Back to Grievants cell Location w/Grievants (INHALR) Opered the food Slot and Gave Grievant his INALER, Grievant Then Again respectfully Asked This C/o can he contact C/o Johnson when C/o Mc.Guire Refused to return his INHALER, Stating, I'm not Giving It Back Untill you contact Someone, Preferably C/o Johnson, C/o Mc.Guire refused once Again and Gave Grievant Several Direct orders to return the INHALER and Then continued to Purve This Ubnoxious Behavior By Threatining This Grievant Stipulating: I'm not calling No fucking Baby and If you Dont Give me that INHALER, I will come in there and get It myself, C/o McGuire

Revised: 7/20/05

Then Proceeded in a malicious and threatining way By Slamming Down the food Shield Down on the food cart, Then radioed the control officer, %OAKMAN UNKN Told him to turn on the Light and open up cell #c=23(C-Wing cell #23 Grievant cell) % Mc Guire Then Pulled the cell door open and Started Demanding Grievants INHALER, Grievant Refused to Give This % his INHALER and clearly Stated to This % That It is strictly Prohibited to enter into A Prisoners cell without Said Prisoner Being handcuff, It is A clear violation of the Breach= of= Security and Breach= of= Duty contract This % Then Abruptly shoued Grievant to where This Grievant fell BackWard over his Bed, Then Ponced on Grievant and Stated Punching and Hitting Grievant ABout the face and chest area with A Maliciovely intent and Bed Motive to Produce Seriouely Bodily harm to Grievant, This % Then got up and Grrab Grievante inhaler and threw It out the cell=Door Location opening Left out the cell and Slammed Grievants Doors Aggressiuely... This Grievant Then " at Approx 13:05:42 to 14:10:38 A.M. "Spoke to the commander, Major By the name of Mr. Dillball In Private, and explained to him every=thing that took Place and Transpired, This Major Referred Grievant to A medical Techician & Nurse Concerning The Physical Bruises Grievant Subtained, He Also claimed to have Re=assigned % Mc.Guire off of C-wing, There was an inccident Report from the med=Tec./ Nurse....futhermore at Approx:16:09:36 to:17:18:43 A.M. Major Dillaball took Pictures of Grievants face and Body concerning the conclusiue Evidence of Grievants injuries He Subtained claim that a investigator would Speak to Grievant concerning this issue, and that He would check the computer(Which is

    **VI.    Relief:**

Revised:  7/20/05

Designed to record all Door openings on all Days & time)
to See If the Grievants Door was open on Said
Date Grievants was transferred to Menard Correctional
Center on friday, September=29=2006, NO Investigator
Spoke w/Grievant and there was nothing Else
Dont on the issue that occured......

VI.    **Relief:**

Revised:  7/20/05

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

I would like to recieve Good Conduct Credit Restoration
Release out of Segregation, Restored Back to Grade, for
Dedt of restitution to Be Eradicated, and /or Transferred
out of maximum Security institution. I would like
to have my filing Fee Pay Back to me

---

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this June day of 27 , 20 07

Tony E. Collier
(Signature of plaintiff or plaintiffs)

Tony E. Collier
(Print name)

B-39900
(I.D. Number)

Pontiac Correctional Center
P.O. Box 99
Pontiac, ILLinois 61764
(Address)

8                                Revised: 7/20/05

Westlaw.

20 IL ADC 430.30                                                                    Page 1

20 Ill. Adm. Code 430.30

Ill. Admin. Code tit. 20, § 430.30


**WEST'S ILLINOIS ADMINISTRATIVE CODE**
**TITLE 20: CORRECTIONS, CRIMINAL JUSTICE, AND LAW ENFORCEMENT**
**CHAPTER I: DEPARTMENT OF CORRECTIONS**
**SUBCHAPTER D: PROGRAMS AND SERVICES**
**PART 430. LIBRARY SERVICES AND LEGAL MATERIALS**
Current with amendments received through May 25, 2007.

430.30 Assistance by Committed Persons

Committed persons may assist one another in the preparation of legal documents to the extent consistent with institutional security. Committed persons shall not receive compensation for such assistance.

<General Materials (GM) - References, Annotations, or Tables>

20 ILAC § 430.30, **20 IL ADC 430.30**

**20 IL ADC 430.30**
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

To: Administrative Review Board    Date 3=6=07

Hi how are you doing well This is INmate Mr. Tony Collier #B=39900 in Pontica corr. center. I am write you let you Know that I had wrote my grievance Report myself So will you Response Back on this grievance Report So you Know that Mr. David Marshall #K=63393 So I hope you will get Back with me Thank you for your time

From: INmate
Tony Collier
B=39900

RECEIVED
MAR - 8 2007
OFFICE OF
INMATE ISSUES

To: Administrative Review Board

Date: 2-12-07

Hi how are you doing well This is Inmate Mr. Tony Collier B-39900 in Pontiac Corr center I had wrote a grievance Report to you Back in Oct-21-2006 at Menard Corr center So I am write you See of you is going to give me a hear or not So will you Please get Back with me on this Thank you for your time

From: Inmate
Tony Collier
B-39900

RECEIVED
FEB 16 2007
OFFICE OF
INMATE ISSUES

Facility: *Dixon CC*

**State of Illinois – Department of Corrections**

**INMATE INJURY REPORT**

Inmate's Name *Collier, Tony*    Inmate's Number _____

Age *33*    Birthdate *4/18/73*    Sex *Male*    Race *Cauc.*

---

NOTE:    **THIS SIDE IS TO BE COMPLETED BY THE STAFF MEMBER WITNESSING THE OCCURENCE OR WHO IS RESPONSIBLE FOR THE INMATE**

Date of Injury *9/6/06*    Time *Unknown*

Where Did Injury Occur: *DPU C-23*

How Did Injury Occur: *Reports assaulted by officer.*

Why Did Injury Occur: *Would not return inhaler.*

Suggestions to Prevent Recurrence: *Do as ordered.*

Witnesses: *No*

Remarks: *None*

*CBerkeley RN*
Signature of Individual Completing This
Portion of Inmate Injury Report

*9/7/06*
Date

(Medical Report on Reverse Side)

DC 7111-1A1
IL 426-0023 (3-90)

## INMATE INJURY REPORT

Time of medical evaluation ___9/7/06___ a.m. / p.m.    Date __2 __ PM__

Physician Notified _____ a.m. / p.m.    Date _____

**S (Inmate Account)** "I wouldn't give my inhaler up et so the officer came in, I swung at him et he hit me I fell down et he took my inhaler."

**O (Objective Findings)**

Vitals  T _N/A_  P _64_  R _20_  BP _120/60_  Tetanus _6/29/03_

(R) orbit c̄ noted swelling et redness yet schlera white. No open areas noted. Swelling loose fluid filled.

**A (Evaluation of Injury)** Echymotic (R) orbit c̄ edema

**P (Treatment and Follow-up)** To ice periodically.

Disposition of Patient: ☐ Return to Assignment ☑ Housing Unit ☐ Lay-In ☐ MD
☐ Infirmary ☐ Off Site Referral for Treatment - Destination _____

_G Berkeley, RN_
Signature and Title

I have reviewed this report and would like to see this inmate:
☐ immediately  ☑ next sick call  ☐ PRN.

_____ M.D.
Signature
9/8/06
Date

x3 done
prelim ⊖ but x3 to read for official report

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** _Collier_ (Last Name)    _Tony_ (First Name)    ___ (MI)    _B39900_ (ID#)

**Facility:** _Pontiac_

[X] Grievance (Local Grievance # (if applicable): _3-5-07_ )    or    [ ] Correspondence

**Received:** _3, 8, 07_ (Date)    **Regarding:** _c/o McGuire 9-6-06- Inhaler_
_D. Xen_

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

[ ] Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

[ ] Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable.

[ ] Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

[ ] Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:    Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

---

**Misdirected:**

[ ] Contact your correctional counselor regarding this issue.

[ ] Request restoration of Good Conduct Credits (GCC) to Adjustment Committee.  If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

[ ] Contact the Record Office with your request or to provide additional information.

[ ] Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

[ ] Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

---

**No further redress:**

[ ] Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

[X] Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

[ ] This office previously addressed this issue on ___/___/___.  (Date)

[ ] No justification provided for additional consideration.

---

**Other** (specify): _Issues are for Sept 06. Over 60 Days -_
_DR w/ Dixon 1-5-07 - over 60 Day_
_9-29-06_

**Completed by:** _____ (Print Name)    _Shelly Behta_ (Signature)    _3, 8, 07_ (Date)

Distribution:   Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

Page = 1 = of = ONE

### ILLINOIS DEPARTMENT OF CORRECTIONS
### COMMITTED PERSON'S GRIEVANCE

| Date: 3=5=07 | Committed Person: (Please Print) Tony Collier | ID#: B=39900 |
|---|---|---|

| Present Facility: Pontiac Correctional Center | Facility where grievance issue occurred: Dixon Correctional Center x house c-wing cell 23 |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ____/____/____ Date of Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Disability Violation
- [ ] Medical Treatment

✱ Due Process Clause Violation, Equal Protection Violation
- [x] Other (specify) State and Federal Law Violation, Rule and regulation Violation, Staff Assault Harassment And Retaliation
Facility where issued And 8th Amend. Violation

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** That This I.D.O.C - Doc-0046 Presh complaint from is Bing filed and reilliterated to "crystal=clearly" expose the maladroited and clear exspansive Notions of malversationalism and unproffessionalism of ministerial outies, Positions, and operations oooooooo Inorder that, while incarcerated at the ILLinois State Penitentiary "Dixon Correctional center Special treatment center" 2600 North Brinton Avenve P.O. Box=1200, Dixon, ILLinois 61021=1200, That AD=Hune Diem of September=06=2006 at Approximately 23:08:42 P.M. Central Standard time (CST) While Correctional officer Mc.Guire

**Relief Requested:** _____

_____

_____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Tony Collier | B=39900 | 3, 5, 07 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | ____/____/____ Date of Response |
|---|---|---|

---

### EMERGENCY REVIEW

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |
|---|---|---|

**RECEIVED**
MAR - 8 2007
OFFICE OF
INMATE ISSUES

| Chief Administrative Officer's Signature | ____/____/____ Date |
|---|---|

#UNKN Was Conducting the 23:00:00 P.M. Central Standard time count This Grievant Confronted this Correctional Officer and respectfully AIK him, can he Please contact Correctional Officer Johnson #UNKN, Who was Assigned to B-wing AD=Hunc=Diem, at Approx 24:30:12 A.M. Central time, c/o Mc.Guire Attempted to contact c/o Johnson But to NO AVAIL c/o Johnson could not Be Reach=or=Present at the time Due to he was out Collecting Suppling, at Approx. 12:45:08 A.M. Central Standard time, Grievant Informed c/o Mc.Guire that Grievant was in need of his Ashma=Pump (INHALER), c/o Mc.Guire Left and returned Back to Grievants cell Location W/Grievants INHALER, Opered the food Slot and Gave Grievant his INALER, Grievant Then Again respectfully Asked this c/o Can he contact c/o Johnson when c/o Mc.Guire Refused to return his INHALER, Stating, I'm not Giving It Back Untill you contact Someone, Preferablly c/o Johnson, c/o Mc.Guire refused once Again and Gave Grievant Several Direct orders to return the INHALER and Then continved to Purve This Ubnoxious Behavior By threatining This Grievant Stipulating: I'm not calling NO fucking Baby and If you Dont Give me that INHALER, I Will Come come in there and get It myself, c/o Mc Guire Then Proceeded in a malicious and threatining way By Slamming Down the food Shield Down on the food Cart, Then radioed the control officer, c/o OAKMAN UNKN, Told him to turn on the Light and open up cell #C=23 (C-wing cell #23 Grievant cell) c/o Mc.Guire then Pulled the cell door open and Started Demanding Grievants INHALER, Grievant Refused to Give this c/o his INHALER and Clearly Stated to this c/o That It IS Strictly Prohibited to enter into A Prisoners cell without Said Prisoner Being handcuff, It is A clear violation of the Breach=of=Security and Breach= of=Duty Contract This c/o Then Abruptly Shoved Grievant to Where this Grievant fell Backward over his Bed, Then Pounced on Grievant and Started Punching and Hitting Grievant About the face and chest area with A Maliciously intent and Bad Motive to Produce Seriously Bodily harm to Grievant, This c/o then Got up and Grab Grievante inhaler and threw It out the cell=Door Location opening, Left out the cell and Slammed Grievants Door AGGRESSIVElyoooooo

This Grievant Then "at Approx. 13:05:42 to 14:10:38 A.M. "Spoke to the Shift Commander, A MAJOR By the name of Dillaball In Private, and explained to him every=thing that took Place

(Please See next)

and transpired, This _MAJOR_ Referred Grievant to A medical techician & nurse Concerning the Physical Bruises Grievant Subtained. He Also claimed to have Re=assigned So Mc. Guire off of C=wing. There was an Inccident Report from the Med=Tec./Nurse ∞∞∞∞∞∞

furthermore at Approx: 16:09:36 to. 17:18:43 A.M. MAJOR Dillaball took Pictures of Grievants face and Body Concerning the Conclusive Evidence of Grievants Injuries He Subtained, claim that A Investigator would Speak to Grievant Concerning the issue, and that He would check the computer (which is Designed to record all Door openings on All Days & times) to See If the Grievants Door was open on Said Date Grievants was transferred to _Menard Corr=ectional Center_ on friday, September=29=2006, NO Investi=gator Spoke w/ Grievant and there was nothing Else Dont on the issue that occured∞∞∞∞

---

**✱ Relief:Requesition of fresh Complaint**∞∞∞∞∞

1) Grievant is respectfully Requesting to recieve A Polygraph test to Prove Grievants Allegations∞∞∞∞∞∞

=AND=

2) That I Be compeneated for the Staff assault and the varioue Violations of Grievants Rights ∞∞∞∞∞

=OR=

3) to recieve Good Conduct Credit Restoration, Release out of Segregation, Re Stored Back to Grade, for Dedt of restitution to Be Eradicated, and/or transferred out of MAXIUM Security Institution ∞∞∞∞∞

RECEIVED
MAR - 8 2007
OFFICE OF
INMATE ISSUES

✱ END OF

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _Marshall_ _David_ _____ _K63393_
          Last Name        First Name        MI        ID#

Facility: _Pontiac_

☒ Grievance (Local Grievance # (if applicable): _10-30-06_    or   ☐ Correspondence

Received: _11,2,06_    Regarding: _Jim Collier B39900_
          Date                              _Dixon_
                                            _Sept issues_

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable.

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
   Office of Inmate Issues
   1301 Concordia Court
   Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
   319 E. Madison St., Suite A
   Springfield, IL   62706

RECEIVED
MAR - 8 2007
OFFICE
INMATE ISSUES

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on  _/_ _/_ .
                                                      Date

☐ No justification provided for additional consideration.

Other (specify): _Per Records reviewed Mr. Collier is capable_
_of filing his own grievances and has. You cannot file_
_on anothers behalf and it does not appear_
_anything prohibits Collier from writing his own_

Completed by: _____   _Sherry Benton_   _2,15,07_
                Print Name               Signature        Date

Distribution:  Offender; Inmate Issues                    DOC 0070 (10/2001)

Case 3:08-cv-00001-HDM Document 1    Filed 01/02/2008    Page 20 of 22

* ORIGINAL DOCUMENT
* PAGE* ONE* -OF- * ONE
* MEDIA/D/CO-CORRECTIONAL CENTER
* NORTH-TWO SEGREGATION
* CENTRAL TERM STANDARD
20:05:47 P.M. CENTRAL

* CO-CORROBORATING AND
ASSISTING PRISONER
* DAVID B/MARSHALL
* I.D.O.C. # K-63393
* NORTH-TWO SEG. CELL* 2-11

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE**

* LEVEL-R-SECURITY CLASSIFIED
* I.P.C. FILE# 10-11A-04-T.7

| Date: OCTOBER-20-2006 | Committed Person: DAVID B/MARSHALL "K-63393 (Please Print) C/O TONY COLLIER | ID#: # B-39900 |

Present Facility: PONTIAC C.C. MENARD CORRECTIONAL CENTER

Facility where grievance issue occurred: DIXON C.C.

Staff I See I See

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___ Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify)

* DUE PROCESS CLAUSE VIOLATION, EQUAL PROTECTION CLAUSE VIOLATION, STATE AND FEDERAL LAW VIOLATION, RULE AND REGULATION VIOLATION, STAFF ASSAULT AND BATTERY, AMENDMENT, VIOLATION

Facility where issued HARASSMENT AND RETALIATION

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, Involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:**

* NOTICE OF FRESH COMPLAINT FILATION.....

THAT I, PRISONER, DAVID B. MARSHALL #K-63393 N8-02-15, WITHIN THIS NORTH-TWO SEGREGATION HOUSING/UNIT IS PURSUING THIS I.D.O.C.-D.O.C.-0046 FRESH COMPLAINT FORM, AD-HWOC-0031, IN BEHALF OF PRISONER, TONY COLLIER #B-39900 N8-02-16, ALSO WITHIN THE NORTH-TWO SEGREGATION HOUSING/UNIT, WHO CURRENTLY AND NOW INFINITIVELY SUFFERS FROM ILLITERACY AND SUFFERS A CLEAR LACK-OF-COMPREHENSIVENESS AND UNDERSTANDING IN LEGAL CRITERIA, THEREFORE, DO TO THE ABOVE SITUATION AND ACCORDING TO I.D.O.C. RULES AND REGULATIONS, INDEED, PURSUANT MENTAL RULE, TITLE-20 ILL. ADMIN. CODE, CH.-ONE, SUBCH.-D, LIBRARY SERVICES AND LEGAL MATERIALS, PART-430, SECTION-430.30, ASSISTANCE OF COMMITTED PERSON, WHICH SAID AND PURPOSEFULLY DEFINES THE FOLLOWING: IMPLEMENTATION:

- [ ] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

* PLEASE SEE PAGE* TWO -OF- ONE......

Committed Person's Signature

# B-39900    10/20/2006
ID#    Date
* SIGNED BY CO-CORROBORATING AND ASSISTING PRISONER WITH THE DISTRIBUTION OF TONY COLLIER.

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

Print Counselor's Name _____    Counselor's Signature _____    Date of Response _____

**EMERGENCY REVIEW**

Date Received: RECEIVED
NOV - 2 2005
OFFICE OF
INMATE ISSUES

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____    Date _____

Distribution: Master File; Committed Person    Page 1    DOC 0046 (Eff.10/2001)

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE (Continued)**

DOC 0046, Page 2 - OF - CN

"UNDER, COMMITTED PERSON MAY ASSIST ONE ANOTHER IN/WITH THE PREPARATION OF LEGAL DOCUMENTS TO THE EXTENT IN CONSISTENCY'S WITH INSTITUTIONAL SECURITY, COMMITTED PERSON SHALL NOT RECEIVE COMPENSATION FOR SUCH GIVEN ASSISTANCE ...."

＊ BRIEF SUMMARY OF FRESH COMPLAINT ....

THAT THIS I.D.O.C.-DOC-0046 FRESH COMPLAINT FORM IS BEING FILED AND RE-UTILIZED TO "CRYSTAL-CLEARLY" EXPOSE THE MALADROIT AND CLEAR EXPANSIVE NOTIONS OF MALADMINISTRATIONALISM AND UNPROFESSIONALISM OF MINISTERIAL DUTIES, POSITION'S AND OPERATION'S .... ENSURED THAT, WHILE INCARCERATED AT THE ILLINOIS STATE PENITENTIARY, "DIXON CORRECTIONAL CENTER SPECIAL TREATMENT CENTER", 2600 NORTH BRINTON AVENUE, P.O. BOX-1200, DIXON, ILLINOIS 61021-1200, THAT AD-HOC ITEM OF SEPTEMBER-06-2006, AT APPROXIMATELY 23:08:48 P.M. CENTRAL STANDARD TIME (CST), WHILE CORRECTIONAL OFFICER MCGUIRE ＊ UNKN WAS CONDUCTING THE 23:00:00 P.M. CENTRAL STANDARD TIME COUNT, THIS GRIEVANT CON-FRONTED THIS CORRECTIONAL OFFICER AND RESPECTFULLY ASK HIM, CAN HE PLEASE CONTACT CORRECTIONAL OFFICER JOHNSON ＊ UNKN, WHO WAS ASSIGNED TO B-WING AD-HUNC-ITEM, AT APPROX. 24:30:12 A.M. CENTRAL TIME, C/O MCGUIRE ATTEMPTED TO CONTACT C/O JOHNSON, BUT TO NO AVAIL, C/O JOHNSON COULD NOT BE REACH-OR- PRESENT AT THE TIME DUE TO HE WAS OUT COLLECTING SUPPLIES, AT APPROX. 12:45:08 A.M. CENTRAL STANDARD TIME, GRIEVANT INFORMED C/O MCGUIRE THAT GRIEVANT WAS IN NEED OF HIS ASTHMA - PUMP (INHALER), C/O MCGUIRE LEFT AND RETURNED BACK TO GRIEVANT'S CELL LOCATION W/ GRIEVANT'S INHALER, OPENED THE FOOD SLOT AND GAVE GRIEVANT HIS INHALER, GRIEVANT THEN AGAIN RESPECTFULLY ASKS THIS C/O CAN HE CONTACT C/O JOHNSON, WHEN C/O MCGUIRE REFUSED, GRIEVANT THEN REFUSED TO RETURN HIS INHALER, STATING, I'M NOT GIVING IT BACK UNTIL YOU CON-TACT SOMEONE, PREFERABLY C/O JOHNSON, C/O MCGUIRE REFUSED ONCE AGAIN AND GAVE GRIEVANT SEVERAL DIRECT ORDER'S TO RETURN THE INHALER AND THEN CONTINUED TO PURSUE THIS UNORTHODOX BEHAVIOR BY THREATENING THIS GRIEVANT STIPULATING: I'M NOT CALLING NO FUCKING BODY AND IF YOU DON'T GIVE ME THAT INHALER, I WILL COME COME IN THERE AND GET IT MYSELF, C/O MC-GUIRE THEN PROCEEDED IN A MALICIOUS AND THREATENING WAY BY SLAMMING DOWN THE FOOD SHIELD DOWN ON THE FOOD CART, THEN RANDOM'S THE CONTROL OFFICER, C/O OAKMAN ＊ UNKN, TOLD HIM TO TURN ON THE LIGHT AND OPEN UP CSI ＊ C-23 (C-WING, CSI ＊ 23, GRIE-VANT'S CELL) C/O MCGUIRE THEN PULLED THE CELL DOOR OPEN AND STARTED DEMANDING GRIEVANT'S INHALER, GRIEVANT REFUSED TO GIVE THIS C/O HIS INHALER AND CLEARLY STATED TO THIS C/O

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE (Continued)**    DOC 0046, Page # 2 OF W

THAT IT IS STRICTLY PROHIBITED TO ENTER INTO A PRISONER'S CELL
WITHOUT SAID PRISONER BEING HANDCUFF, IT IS A CLEAR
VIOLATION OF THE BREACH-OF-SECURITY AND BREACH-OF-DUTY
CONTRACT, THIS ℅ THEN ABRUPTLY SHOVED GRIEVANT TO WHERE THIS
GRIEVANT FELL BACKWARD OVER HIS BED, THEN POUNCED ON GRIEVANT
AND STARTED PUNCHING AND HITTING GRIEVANT ABOUT THE FACE
AND CHEST AREA WITH A MALICIOUS INTENT AND BAD MOTIVE TO
ABSOLUTE SERIOUSLY BODILY HARM TO GRIEVANT, THIS ℅ THEN GOT UP
AND GRAB GRIEVANT'S JUMPSUIT AND THREW IT OUT THE CELL-DOOR
LOCATION OPENING, LEFT OUT THE CELL AND SLAMMED GRIEVANTS
DOOR AGGRESSIVELY.....

                    THIS GRIEVANT THEN "AT APPROX. 13:05:42 TO
14:10:38 A.M." SPOKE TO THE SHIFT COMMANDER, A MAJOR BY THE
NAME OF DELLABAH, IN PRIVATE, AND EXPLAINED TO HIM EVERY-
THING THAT TOOK PLACE AND TRANSPIRED, THIS MAJOR REFERRED
GRIEVANT TO A MEDICAL TECHNICIAN & NURSE CONCERNING THE
PHYSICAL BRUISES GRIEVANT SUSTAINED, HE ALSO CLAIMED TO HAVE
RE-ASSIGNED ℅ TRAVIS OFF OF C-WING, THERE WAS AN INCI-
DENT REPORT FROM THIS MED-TEC./NURSE......

                    FURTHERMORE, AT APPROX.
16:09:36 TO 17:18:43 A.M., MAJOR DELLABAH TOOK PICTURE'S OF
GRIEVANTS FACE AND BODY CONCERNING THE CONCLUSIVE EVIDENCE OF
GRIEVANTS INJURIES HE SUSTAINED, CLAIM THAT A INVESTIGATOR
WOULD SPEAK TO GRIEVANT CONCERNING THE ISSUE, AND THAT HE
WOULD CHECK THE COMPUTER (WHICH IS DESIGNED TO RECORD ALL
DOOR OPENINGS ON ALL DAYS & TIMES) TO SEE IF THIS GRIEVANTS DOOR
WAS OPEN ON SAID DAY, GRIEVANT WAS TRANSFERRED TO MENARD
CORRECTIONAL CENTER ON FRIDAY, SEPTEMBER-24-2006, NO INVESTI-
GATOR SPOKE W/ GRIEVANT, AND THUS WAS NOTHING ELSE DONE ON
THE ISSUE THAT OCCURRED......

                    *RELIEF REQUESTION OF FRESH COMPLAINT......
1) GRIEVANT IS RESPECTFULLY REQUESTING TO RECEIVE A POLYGRAPH
TEST TO PROVE GRIEVANTS ALLEGATIONS......
                 — AND —
2) THAT I BE COMPENSATED FOR THE STAFF ASSAULT AND THE
VARIOUS VIOLATIONS OF GRIEVANTS RIGHTS......
                 — OR —
3) TO RECEIVE GOOD CONDUCT CREDIT RESTORATION, RELEASE OUT
OF SEGREGATION, RESTORED BACK TO GRADE, FOOR DEBT OF
RESTITUTION TO BE ERADICATED, AND/OR TRANSFERRED
OUT OF MAXIMUM SECURITY INSTITUTION.....

## RECEIVED