Tony Collier B-39900
Pontiac Corr. Center
P.O. Box 99
Pontiac, Illinois 61764

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS DEPARTMENT
OF CORRECTIONS



U.S. District Court
Northern District of Illinois Western Division
211 South Court Federal Building
Rockford, Illinois 61101

Legal Mail

Legal Mail