# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**FILED**
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Tony E. Collier )
Petitioner )
v. )
McGuire )
SHERRY BENTON )
Respondent )

No. 08 C 50001

KAPALA

## MOTION FOR APPOINTMENT OF COUNSEL

The undersigned (Petitioner/Respondent) Tony E. Collier respectfully moves the court to appoint counsel for (him/her) in this cause. In Support, (Petitioner/Respondent) States:

1. I have been incarcerated continuously since 5-8-95 and am presently held in custody and residing at the Pontiac Correctional Center in Pontiac, Illinois, County of Livingston.

2. I am without sufficient income or assets with which to pay for the costs of these proceedings or to employ an attorney to represent me in this matter.

3. I am without the services of counsel to represent me in this matter and I wish the court to appoint counsel to represent me in this matter.

4. I have a constitutional right to access to the courts, and without the assistance of counsel, my access to the courts will not be adequate, effective or meaningful Because:
I do not know rule of the Law and do not have access to the Law-Library

5. My (claim/defense) in this matter is not frivolous or malicious, but is colorable and meritorious.

6. Since this matter concerns the (condition/duration) of my confinement, I have sought (institutional/administrative) review of this matter through the proper grievance procedures before this action was filed. (At this point state what, if any, action was taken or decision that was made concerning your grievances).
2/15/07 Per Records Received Mr. Collier is capable of filing his own grievances and has you can not file on anshess behalf and it does his appear anything prohibits Collier from writing his own grievances
3/12/07 Issue all from Sept. do over 60 Days I had send my grievance in to I.A.B.R. and Thay Denied

WHEREFORE, (Petitioner/Respondent) Tony E. Collier respectfully requests that counsel be appointed to represent (him/her) in this matter.

*Tony Collier*
(Your Signature)

Type or print name  Tony E. Collier
Register number  B-39900
Pontiac                         Correctional Center
Box 99
Pontiac                          , Illinois  61764
(Petitioner/Respondent), Pro Se

## AFFIDAVIT OF SERVICE

I, Tony E. Collier, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party (ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at Pontiac Correctional Center, Pontiac Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid thereon, on this 25 day of December, 2007.

_Tony E. Collier_
Signature

## VERIFICATION

I, Tony E. Collier, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents; and

3. **Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.**

_Tony E. Collier_
(Your signature)