7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

F I L E D
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Tony E. Collier
Plaintiff

v.

Mc. Guire
SHERRY BENTON
Defendant(s)

CASE NUMBER 08 C 50001

JUDGE Kapala

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Tony E. Collier, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.　Are you currently incarcerated?　☒ Yes　☐ No　(If "No," go to Question 2)
　　I.D. # B-39900　Name of prison or jail: _____
　　Do you receive any payment from the institution? ☐ Yes ☐ No　Monthly amount: _____

2.　Are you currently employed?　☐ Yes　☒ No
　　Monthly salary or wages: N/A
　　Name and address of employer: N/A

　　a.　If the answer is "No":
　　　　Date of last employment: N/A
　　　　Monthly salary or wages: N/A
　　　　Name and address of last employer: N/A

　　b.　Are you married?　☐ Yes　☒ No
　　　　Spouse's monthly salary or wages: N/A
　　　　Name and address of employer: N/A

3.　Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

　　a.　Salary or wages　　　　　　　　　　　　　　　　　　☐ Yes　☒ No
　　　　Amount N/A　Received by N/A

b. ☐ Business, ☐ profession or ☐ other self-employment
Amount __N/A__ Received by __N/A__ ☐ Yes ☒ No

c. ☐ Rent payments, ☐ interest or ☐ dividends
Amount __N/A__ Received by __N/A__ ☐ Yes ☒ No

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
Amount __N/A__ Received by __N/A__ ☐ Yes ☒ No

e. ☐ Gifts or ☐ inheritances
Amount __N/A__ Received by __N/A__ ☐ Yes ☒ No

f. ☐ Any other sources (state source: __N/A__ )
Amount __N/A__ Received by __N/A__ ☐ Yes ☒ No

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No Total amount: __N/A__
In whose name held: __N/A__ Relationship to you: __N/A__

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?
Property: __N/A__ ☐ Yes ☒ No
In whose name held: __N/A__ Current Value: __N/A__
Relationship to you: __N/A__

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?
Address of property: __N/A__ ☐ Yes ☒ No
Type of property: __N/A__
In whose name held: __N/A__ Current value: __N/A__
Amount of monthly mortgage or loan payments: __N/A__ Relationship to you: __N/A__
Name of person making payments: __N/A__

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
Property: __N/A__ ☐ Yes ☒ No
Current value: __N/A__
In whose name held: __N/A__ Relationship to you: __N/A__

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
__Family send me $10.00 or $15.00 dollers A month__

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: June 27= 2007

Signature of Applicant: Tony E. Collier

(Print Name): Tony E. Collier

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts</u>. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Tony E. Collier, I.D.# B=39900, has the sum of $ N/A on account to his/her credit at (name of institution) Pontiac Correctional Center. I further certify that the applicant has the following securities to his/her credit: N/A. I further certify that during the past six months the applicant's average monthly deposit was $ N/A. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____        _____
DATE                             SIGNATURE OF AUTHORIZED OFFICER

                                 _____
                                 (Print name)

rev. 7/18/02

REPORT CRITERIA - Date: 02/21/2007 thru End;　　Inmate: B39900;　　Active Status Only ? : No;　　Print Restrictions ? : Yes;　　Transaction Type: All Transaction Types;　　Print Furloughs / Restitutions ? : Yes;　　Include Inmate Totals ? : Yes;　　Print Balance Errors Only ? : No

**Inmate:** B39900 Collier, Tony E.　　　　　　　**Housing Unit:** PON-E -01-10

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.11 |
| 03/12/07 | Mail Room | 01 MO/Checks (Not Held) | 071262 | 022175 | Collier, Joyce | 50.00 | 50.11 |
| 03/13/07 | Point of Sale | 60 Commissary | 072731 | 238701 | Commissary | -14.14 | 35.97 |
| 03/15/07 | Disbursements | 84 Library | 074320 | Chk #62242 | 501526, DOC: Library Copies, Inv. Date: 03/07/2007 | -.20 | 35.77 |
| 03/15/07 | Disbursements | 84 Library | 074320 | Chk #62242 | 501201, DOC: Library Copies, Inv. Date: 03/05/2007 | -.15 | 35.62 |
| 03/15/07 | Disbursements | 81 Legal Postage | 074320 | Chk #62244 | 501579, Pitney Bowes Bank, Inc, Inv. Date: 03/07/2007 | -.39 | 35.23 |
| 03/15/07 | Disbursements | 81 Legal Postage | 074320 | Chk #62244 | 502192, Pitney Bowes Bank, Inc, Inv. Date: 03/14/2007 | -.39 | 34.84 |
| 03/15/07 | Disbursements | 80 Postage | 074320 | Chk #62244 | 502373, Pitney Bowes Bank, Inc, Inv. Date: 03/15/2007 | -.39 | 34.45 |
| 03/15/07 | Disbursements | 80 Postage | 074320 | Chk #62244 | 502254, Pitney Bowes Bank, Inc, Inv. Date: 03/14/2007 | -.39 | 34.06 |
| 03/15/07 | Disbursements | 81 Legal Postage | 074320 | Chk #62244 | 500538, Pitney Bowes Bank, Inc, Inv. Date: 02/23/2007 | -.39 | 33.67 |
| 03/15/07 | Disbursements | 81 Legal Postage | 074320 | Chk #62244 | 501125, Pitney Bowes Bank, Inc, Inv. Date: 03/02/2007 | -.39 | 33.28 |
| 03/15/07 | Disbursements | 81 Legal Postage | 074320 | Chk #62244 | 499545, Pitney Bowes Bank, Inc, Inv. Date: 02/13/2007 | -.39 | 32.89 |
| 04/04/07 | Disbursements | 88 Pen Pal List | 094318 | Chk #62611 | 04/04/07, South Beach Singles, Inv. Date: 04/04/2007 | -3.00 | 29.89 |
| 04/11/07 | Mail Room | 01 MO/Checks (Not Held) | 101262 | 022166 | Collier, Joyce | 15.00 | 44.89 |
| 04/13/07 | Point of Sale | 60 Commissary | 103703 | 241422 | Commissary | -15.36 | 29.53 |
| 04/16/07 | Disbursements | 80 Postage | 106318 | Chk #62835 | 504248, Pitney Bowes Bank, Inc, Inv. Date: 04/04/2007 | -.39 | 29.14 |
| 04/16/07 | Disbursements | 80 Postage | 106318 | Chk #62835 | 504049, Pitney Bowes Bank, Inc, Inv. Date: 04/03/2007 | -.39 | 28.75 |
| 04/16/07 | Disbursements | 80 Postage | 106318 | Chk #62835 | 502481, Pitney Bowes Bank, Inc, Inv. Date: 03/16/2007 | -.39 | 28.36 |
| 04/16/07 | Disbursements | 80 Postage | 106318 | Chk #62835 | 504050, Pitney Bowes Bank, Inc, Inv. Date: 04/03/2007 | -.39 | 27.97 |
| 04/16/07 | Disbursements | 80 Postage | 106318 | Chk #62835 | 502707, Pitney Bowes Bank, Inc, Inv. Date: 03/19/2007 | -.39 | 27.58 |
| 04/16/07 | Disbursements | 82 Debts due to State (non-postage) | 106318 | Chk #62836 | 504013, DOC: 523 Fund Reimburs, Inv. Date: 04/03/2007 | -5.00 | 22.58 |
| 04/23/07 | Mail Room | 01 MO/Checks (Not Held) | 113262 | 022486 | Collier, J | 15.00 | 37.58 |
| 05/14/07 | Mail Room | 01 MO/Checks (Not Held) | 134262 | 022654 | Collier, Joyce | 15.00 | 52.58 |
| 05/15/07 | Point of Sale | 60 Commissary | 135731 | 243985 | Commissary | -12.44 | 40.14 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 506063, DOC - Library Copies, Inv. Date: 04/26/2007 | -.05 | 40.09 |
| 05/16/07 | Disbursements | 90 Medical Co-Pay | 136320 | Chk #63151 | 506751, DOC: 523 Fund Reimburs, Inv. Date: 05/04/2007 | -2.00 | 38.09 |
| 05/16/07 | Disbursements | 90 Medical Co-Pay | 136320 | Chk #63151 | 505948, DOC: 523 Fund Reimburs, Inv. Date: 04/25/2007 | -2.00 | 36.09 |
| 05/16/07 | Disbursements | 83 Copies | 136320 | Chk #63151 | 505696, DOC: 523 Fund Reimburs, Inv. Date: 04/23/2007 | -1.00 | 35.09 |
| 05/16/07 | Disbursements | 80 Postage | 136320 | Chk #63152 | 507583, Pitney Bowes Bank, Inc, Inv. Date: 05/10/2007 | -.39 | 34.70 |
| 05/16/07 | Disbursements | 81 Legal Postage | 136320 | Chk #63152 | 506430, Pitney Bowes Bank, Inc, Inv. Date: 05/01/2007 | -1.17 | 33.53 |

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 02/21/2007 thru End;    Inmate: B39900;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B39900 Collier, Tony E.**      **Housing Unit: PON-E -01-10**

| | |
|---|---:|
| Total Inmate Funds: | 33.53 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .25 |
| Funds Available: | 33.28 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---:|
| 05/18/2007 | 508266 | Disb | Copies | 99999 DOC: 523 Fund Inmate Reimburseme | $0.25 |
| | | | | **Total Restrictions:** | **$0.25** |

Date: 6/28/2007
Time: 8:31am

d_list_inmate_trans_statement_composite

Case 3:08-cv-50001  Pontiac Correctional Center Filed 01/02/2008  Page 6 of 6  Page 1

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 03/28/2007 thru End;  Inmate: B39900;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: B39900 Collier, Tony E.**                    **Housing Unit: PON-E -02-02**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | **32.89** |
| 04/04/07 | Disbursements | 88 Pen Pal List | 094318 | Chk #62611 | 04/04/07, South Beach Singles, Inv. Date: 04/04/2007 | -3.00 | 29.89 |
| 04/11/07 | Mail Room | 01 MO/Checks (Not Held) | 101262 | 022166 | Collier, Joyce | 15.00 | 44.89 |
| 04/13/07 | Point of Sale | 60 Commissary | 103703 | 241422 | Commissary | -15.36 | 29.53 |
| 04/16/07 | Disbursements | 80 Postage | 106318 | Chk #62835 | 504248, Pitney Bowes Bank, Inc, Inv. Date: 04/04/2007 | -.39 | 29.14 |
| 04/16/07 | Disbursements | 80 Postage | 106318 | Chk #62835 | 504049, Pitney Bowes Bank, Inc, Inv. Date: 04/03/2007 | -.39 | 28.75 |
| 04/16/07 | Disbursements | 80 Postage | 106318 | Chk #62835 | 502481, Pitney Bowes Bank, Inc, Inv. Date: 03/16/2007 | -.39 | 28.36 |
| 04/16/07 | Disbursements | 80 Postage | 106318 | Chk #62835 | 504050, Pitney Bowes Bank, Inc, Inv. Date: 04/03/2007 | -.39 | 27.97 |
| 04/16/07 | Disbursements | 80 Postage | 106318 | Chk #62835 | 502707, Pitney Bowes Bank, Inc, Inv. Date: 03/19/2007 | -.39 | 27.58 |
| 04/16/07 | Disbursements | 82 Debts due to State (non-postage) | 106318 | Chk #62836 | 504013, DOC: 523 Fund Reimburs, Inv. Date: 04/03/2007 | -5.00 | 22.58 |
| 04/23/07 | Mail Room | 01 MO/Checks (Not Held) | 113262 | 022486 | Collier, J | 15.00 | 37.58 |
| 05/14/07 | Mail Room | 01 MO/Checks (Not Held) | 134262 | 022654 | Collier, Joyce | 15.00 | 52.58 |
| 05/15/07 | Point of Sale | 60 Commissary | 135731 | 243985 | Commissary | -12.44 | 40.14 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 506063, DOC - Library Copies, Inv. Date: 04/26/2007 | -.05 | 40.09 |
| 05/16/07 | Disbursements | 90 Medical Co-Pay | 136320 | Chk #63151 | 506751, DOC: 523 Fund Reimburs, Inv. Date: 05/04/2007 | -2.00 | 38.09 |
| 05/16/07 | Disbursements | 90 Medical Co-Pay | 136320 | Chk #63151 | 505948, DOC: 523 Fund Reimburs, Inv. Date: 04/25/2007 | -2.00 | 36.09 |
| 05/16/07 | Disbursements | 83 Copies | 136320 | Chk #63151 | 505696, DOC: 523 Fund Reimburs, Inv. Date: 04/23/2007 | -1.00 | 35.09 |
| 05/16/07 | Disbursements | 80 Postage | 136320 | Chk #63152 | 507583, Pitney Bowes Bank, Inc, Inv. Date: 05/10/2007 | -.39 | 34.70 |
| 05/16/07 | Disbursements | 81 Legal Postage | 136320 | Chk #63152 | 506430, Pitney Bowes Bank, Inc, Inv. Date: 05/01/2007 | -1.17 | 33.53 |
| 06/11/07 | Mail Room | 01 MO/Checks (Not Held) | 162262 | 022959 | Collier, Joyce | 15.00 | 48.53 |
| 06/14/07 | Disbursements | 84 Library | 165320 | Chk #63451 | 508582, DOC - Library Copies, Inv. Date: 05/23/2007 | -.55 | 47.98 |
| 06/14/07 | Disbursements | 90 Medical Co-Pay | 165320 | Chk #63452 | 508681, DOC: 523 Fund Reimburs, Inv. Date: 05/23/2007 | -2.00 | 45.98 |
| 06/14/07 | Disbursements | 83 Copies | 165320 | Chk #63452 | 508266, DOC: 523 Fund Reimburs, Inv. Date: 05/18/2007 | -.25 | 45.73 |
| 06/20/07 | Point of Sale | 60 Commissary | 171731 | 246976 | Commissary | -45.50 | .23 |

|  |  |
|---|---|
| **Total Inmate Funds:** | .23 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | .23 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |