10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

F I L E D
FEB 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

TONY E. Collier
_____
Plaintiff

v.

Officer McGuire, et al.
_____
Defendant(s)

CASE NUMBER 08 C 50001

JUDGE FREDERICK J. KAPALA

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, TONY E. Collier , declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # B-39900  Name of prison or jail: Pontiac C.C.
   Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount:_____

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: N/A
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages  ☐Yes  ☒No
      Amount_____  Received by_____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                ☐Yes    ☒No
Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

    f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____

_____
Signature of Applicant

TONY E. COLLIER
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Tony Collier, I.D.# B39900, has the sum of $ 1.83 on account to his/her credit at (name of institution) Pontiac Corr Center

I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ 17.50.

(Add all deposits from all sources and then divide by number of months).

2/5/08
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

JANET JONES
(Print name)

rev. 10/10/2007

Date: 2/5/2008  Case 3:08-cv-50001  Pontiac Correctional Center  Page 4 of 8  Page 1
Time: 10:07am
d_list_inmate_trans_statement_composite

Trust Fund
Inmate Transaction Statement

REPORT CRITERIA  -  Date: 07/02/2007 thru 01/02/2008;   Inmate: B39900;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B39900 Collier, Tony E.**                    **Housing Unit: PON-E -02-03**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.23 |
| 07/09/07 | Mail Room | 01 MO/Checks (Not Held) | 190262 | 023116 | Collier, Joyce | 15.00 | 15.23 |
| 07/18/07 | Point of Sale | 60 Commissary | 199703 | 249064 | Commissary | -1.08 | 14.15 |
| 08/03/07 | Point of Sale | 60 Commissary | 215703 | 250161 | Commissary | -13.69 | .46 |
| 08/13/07 | Mail Room | 01 MO/Checks (Not Held) | 225262 | 023284 | Collier, Joyce | 15.00 | 15.46 |
| 08/15/07 | Disbursements | 80 Postage | 227320 | Chk #64057 | 515307, Pitney Bowes Bank, Inc, Inv. Date: 08/14/2007 | -.41 | 15.05 |
| 08/29/07 | Mail Room | 01 MO/Checks (Not Held) | 241262 | 026829 | Collier, Joyce | 15.00 | 30.05 |
| 09/06/07 | Point of Sale | 60 Commissary | 249731 | 252819 | Commissary | -27.05 | 3.00 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 515641, Pitney Bowes Bank, Inc, Inv. Date: 08/20/2007 | -.82 | 2.18 |
| 09/13/07 | Disbursements | 80 Postage | 256320 | Chk #64306 | 516327, Pitney Bowes Bank, Inc, Inv. Date: 08/27/2007 | -.41 | 1.77 |
| 09/13/07 | Disbursements | 80 Postage | 256320 | Chk #64306 | 516544, Pitney Bowes Bank, Inc, Inv. Date: 08/29/2007 | -.41 | 1.36 |
| 09/13/07 | Disbursements | 80 Postage | 256320 | Chk #64306 | 516842, Pitney Bowes Bank, Inc, Inv. Date: 09/04/2007 | -.41 | .95 |
| 09/13/07 | Disbursements | 80 Postage | 256320 | Chk #64306 | 517363, Pitney Bowes Bank, Inc, Inv. Date: 09/10/2007 | -.41 | .54 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 515751, DOC: Library Copies,   Inv. Date: 08/20/2007 | -.50 | .04 |
| 10/12/07 | Mail Room | 01 MO/Checks (Not Held) | 285225 | 024140 | Collier, J | 15.00 | 15.04 |
| 10/15/07 | Disbursements | 90 Medical Co-Pay | 288320 | Chk #64701 | 520209, DOC: 523 Fund Reimburs, Inv. Date: 10/11/2007 | -2.00 | 13.04 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 519172, Pitney Bowes Bank, Inc, Inv. Date: 10/01/2007 | -.41 | 12.63 |
| 10/18/07 | Point of Sale | 60 Commissary | 291753 | 256308 | Commissary | -11.78 | .85 |
| 11/13/07 | Disbursements | 80 Postage | 317320 | Chk #65001 | 520945, Pitney Bowes Bank, Inc, Inv. Date: 10/22/2007 | -.41 | .44 |
| 11/13/07 | Disbursements | 80 Postage | 317320 | Chk #65001 | 520825, Pitney Bowes Bank, Inc, Inv. Date: 10/19/2007 | -.41 | .03 |
| 11/14/07 | Mail Room | 01 MO/Checks (Not Held) | 318262 | 027212 | Collier, J | 15.00 | 15.03 |
| 11/21/07 | Point of Sale | 60 Commissary | 325703 | 258941 | Commissary | -13.02 | 2.01 |
| 12/05/07 | Mail Room | 01 MO/Checks (Not Held) | 339262 | 027353 | Collier, Joyce | 30.00 | 32.01 |
| 12/12/07 | Disbursements | 90 Medical Co-Pay | 346320 | Chk #65375 | 521156, DOC: 523 Fund Reimburs, Inv. Date: 10/23/2007 | -2.00 | 30.01 |
| 12/12/07 | Disbursements | 80 Postage | 346320 | Chk #65376 | 525308, Pitney Bowes Bank, Inc, Inv. Date: 12/10/2007 | -.41 | 29.60 |
| 12/12/07 | Disbursements | 80 Postage | 346320 | Chk #65376 | 525087, Pitney Bowes Bank, Inc, Inv. Date: 12/07/2007 | -.41 | 29.19 |
| 12/12/07 | Point of Sale | 60 Commissary | 346731 | 260841 | Commissary | -27.02 | 2.17 |

| | |
|---|---|
| Total Inmate Funds: | 2.74 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .91 |
| Funds Available: | 1.83 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 07/02/2007 thru 01/02/2008;   Inmate: B39900;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B39900 Collier, Tony E.**                      **Housing Unit: PON-E -02-03**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 01/16/2008 | 528695 | Disb | Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 01/17/2008 | 528906 | Disb | Medical Copies | 99999 DOC: 523 Fund Inmate Reimburseme | $0.50 |
|  |  |  |  | **Total Restrictions:** | **$0.91** |

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | FREDERICK J. KAPALA | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50001 | **DATE** | January 22, 2008 |
| **CASE TITLE** | Tony E. Collier (#B-39900) vs. Officer McGuire, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion to proceed *in forma pauperis* [#4] is stricken. The plaintiff is directed to submit a renewed i.f.p. petition that is certified by a trust fund officer and that includes copies of his prison trust fund ledgers showing his income for the six months preceding the filing of this action [that is, from July 2, 2007, through January 2, 2008]. Failure to comply within thirty days of the date of this order will result in denial of leave to proceed *in forma pauperis* and summary dismissal of this case. The Clerk is directed to provide the plaintiff with a blank i.f.p. petition along with a copy of this order. The plaintiff is reminded that he must provide the court with the original plus a judge's copy of every document filed.

■ [For further details see text below.]                                                    Docketing to mail notices.

## STATEMENT

The plaintiff, a state prisoner, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that an officer at the Dixon Correctional Center violated the plaintiff's constitutional rights by using unjustified force against him; the plaintiff additionally sues an Illinois Department of Corrections official for rejecting his ensuing grievance as untimely.

The Clerk has accepted this *pro se* civil rights complaint for docketing pursuant to Fed. R. Civ. P. 5(e) even though it was not submitted in compliance with the rules of this court. An incarcerated person seeking leave to proceed *in forma pauperis* must obtain a certificate from a prison official stating the amount of money the prisoner has on deposit in his or her prison or jail trust fund account. To enable the court to make the necessary assessment of an initial partial filing fee, the prisoner must also "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner **for the 6-month period immediately preceding the filing of the complaint** or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2) (emphasis added). In the case at bar, the plaintiff has failed to include copies of his prison trust fund ledgers for the required time period, submitting instead trust fund ledgers for the period from March 2007 through June 2007.

**(CONTINUED)**

mjm

| STATEMENT (continued) |
|---|

In short, if the plaintiff wants to proceed with this lawsuit, he must submit a certified i.f.p. petition, along with copies of trust fund ledgers showing his income for the six months preceding the filing of this lawsuit [that is, from July 2, 2007, through January 2, 20087]. The Clerk will provide the plaintiff with a blank i.f.p. application. Failure to comply [or, in the alternative, to submit the statutory filing fee of $350.00] will result in summary dismissal of this suit. *See Zaun v. Dobbin*, 628 F.2d 990 (7th Cir. 1980).

Tony Collier B-39900 E-2-03
Pontiac Corr. Center
P.O. BOX 99
Pontiac, IL. 61764

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS DEPARTMENT
OF CORRECTIONS

02 1A
0004601196    FEB 08 2008
MAILED FROM ZIPCODE 61764
UNITED STATES POSTAGE
$ 00.58⁰
PITNEY BOWES

OFFICE OF CLERK
of The U.S District Court
United States Court House
211 South Court Street
Rockford, Illinois 61101

**LEGAL MAIL ONLY**