**FILED**

**FEBRUARY 19, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Tony E. Collier

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Mc. Guire
SHERRY BENTON

_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

RECEIVED

JAN 0 3 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

**08 C 50 0 01**

Case No: _____ _kapala_
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.        **Plaintiff(s):**

A.    Name: Tony E. Collier

B.    List all aliases: N/A

C.    Prisoner identification number: B-39900

D.    Place of present confinement: Pontiac Correctional Center

E.    Address: P.O. Box 99 Pontiac ILLinois 61764

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Mc.Guire

Title: OFFicer

Place of Employment: Dixon Correctional Center

B.    Defendant: SHERRY BENTON

Title: N/A

Place of Employment: ILLinois Prisoner Review Board

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (✓)  NO ( )  If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (✓)  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

I had Send my grievance to the Administrative Review Board Because I had got transfered for Another institution

2.    What was the result?

2/15/07  Per Records Reviewed Mr.Collier is capable of filing his own grievance and has you can not filing on his behalf and it does not appear anything Prohibit Mr.Collier from writing his own grievance,

3/12/07  Not Submitted in the timeframe outlined in Department Rule 504 Therefore This issue will not be addressed further.

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

NO

D.    If your answer is **NO**, explain why not:

I had Send my grievance to the Administrative Review Board Because I had got transfered to Another institution.

3

Revised:  7/20/05

E.     Is the grievance procedure now completed?   YES (✓)  NO  (  )

F.     If there is no grievance procedure in the institution, did you complain to
       authorities?   YES (✓)  NO  (  )

G.     If your answer is **YES**:

       1.     What steps did you take?
       See ( E )
       _____

       _____

       _____

       2.     What was the result?
       See ( E )
       _____

       _____

       _____

H.     If your answer is **NO**, explain why not:
       See ( E )
       _____

       _____

       _____

Revised:  7/20/05

IV.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.    Name of case and docket number: __N / A__

B.    Approximate date of filing lawsuit: __N / A__

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: __N / A__

D.    List all defendants: __N / A__

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __N / A__

F.    Name of judge to whom case was assigned: __N / A__

G.    Basic claim made: __N / A__

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N / A__

I.    Approximate date of disposition: __N / A__

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

**V.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In order That, while incarcerated at the Illinois Department of Corrections "Dixon Correctional center Special treatment center" 2600 North Brinton Avenve P.O. Box = 1200, Dixon, Illinois 61021=2100, That AD=Hune Diem of September= 06 = 2006 at Approximately 23:08:42 P.M. Central Standard time (CST) While Correctional officer Mc.Guire #UNKN was Conducting the 23:00:00 P.M. Central Standard time count This Grievant Confronted this Correctional officer and respectfully AIK him can he Please contact correctional officer Johnson #UNKN who was Assigned to B=Wing AD=Hunc=Diem, at Approx 24:30:12 A.M. Central time, C/O Mc.Guire Attempted to contact C/o Johnson But to No Avail C/o Johnson could not be Reach=or=Present at the time Due to he was out collecting Suppling, at Approx. 12:45:08 A.M. Central Standard time, Grievant informed C/o Mc.Guire, That Grievant was in need of his Ashma=Pump (INHALR) C/o Mc.Guire Left and returned Back to Grievants cell Location w/Grievants (INHALR)Opered the food Slot and Gave Grievants his INALER, Grievant Then Again respectfully Asked This C/o can he contact C/o Johnson when C/o Mc.Guire Refused to return his INHALER, Stating, I'm not Giving It Back Untill you contact Someone, Preferabily C/o Johnson, C/o Mc.Guire refused once Again and Gave Grievant Several Direct orders to return the INHALER and Then continved to Purve This ubnoxious Behavior By Threatining This Grievant Stipulating: I'm not calling No fucking Baby and If you Dont Give me that INHALER, I will come in there and get It myself, C/o McGuire

Revised:  7/20/05

Then Proceeded in a malicious and threatining way By Slamming Down the food Shield Down on the food cart, Then radioed the control officer, % OAKMAN UNKN Told him to turn on the Light and open up cell #c=23 (C-wing cell #23 Grievant cell) % Mc Guire Then Pulled the cell door open and Started Demanding Grievants INHALER, Grievant Refused to Give This % his INHALER and clearly Stated to This % That It is strictly Prohibited to enter into A Prisoners cell without Said Prisoner Being handcuff, It is A clear violation of the Breach= of= Security and Breach= of= Duty contract This % Then Abruptly Shoued Grievant to where This Grievant fell Backward over his Bed, Then Ponced on Grievant and Stated Punching and Hitting Grievant ABout the face and chest area with A Maliciovely intent and Bed Motive to Produce Seriouely Bodily harm to Grievant, This % Then got up and Grab Grievante inhaler and threw It out the cell=Door Location opening Left out the cell and Slammed Grievants Doors Aggressiuely... This Grievant Then " at Approx 13:05:42 to 14:10:38 A.M. "Spoke to the commander, Major By the name of Mr. Dillball In Private, and explained to him every= thing that took Place and Transpired, This Major Referred Grievant to A medical Techician & Nurse Concerning The Physical Bruises Grievant Subtained, He Also claimed to have Re=assigned % Mc.Guire off of C=wing, There was an inccident Report from the med=Tec./ Nurse..... futhermore at Approx: 16:09:36 to: 17:18:43 A.M. Major Dillaball took Pictures of Grievants face and Body Concerning the conclusiue Evidence of Grievants injuries He Subtained claim that a investigator would Speak to Grievant concerning thie issue, and that He would check the computer (Which is

**VI.   Relief:**

Revised: 7/20/05

Designed to record all Door openings on all Days & time)
to See If the Grievants Door was open on Said
Date Grievants was transferred to Menard Correctional
Center on friday, September=29=2006, NO Investigator
Spoke W/Grievant and there was nothing Else
Dont on the issue that occured......

**VI.    Relief:**

Revised:  7/20/05

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

I would like to recieve Good Conduct Credit Restoration
Release out of Segregation, Restored Back to Grade, for
Dedt of restitution to Be Eradicated, and /or Transferred
out of maxinum Security institution. I would like
to have my filing Fee Pay Back to me

---

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this **June** day of **27**, 20 **07**

_Tony E. Collier_
(Signature of plaintiff or plaintiffs)

Tony E. Collier
(Print name)

B-39900
(I.D. Number)

Pontiac Correctional Center
P.O. Box 99
Pontiac, ILLinois  61764
(Address)

Revised:  7/20/05

Westlaw.

20 IL ADC 430.30                                                                            Page 1

20 Ill. Adm. Code 430.30

Ill. Admin. Code tit. 20, § 430.30


### WEST'S ILLINOIS ADMINISTRATIVE CODE
### TITLE 20: CORRECTIONS, CRIMINAL JUSTICE, AND LAW ENFORCEMENT
### CHAPTER I: DEPARTMENT OF CORRECTIONS
### SUBCHAPTER D: PROGRAMS AND SERVICES
### PART 430. LIBRARY SERVICES AND LEGAL MATERIALS
Current with amendments received through May 25, 2007.

430.30 Assistance by Committed Persons

Committed persons may assist one another in the preparation of legal documents to the extent consistent with institutional security. Committed persons shall not receive compensation for such assistance.

<General Materials (GM) - References, Annotations, or Tables>

20 ILAC § 430.30, **20 IL ADC 430.30**

**20 IL ADC 430.30**
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

To: Administrative Review Board    Date 3=6=07

    Hi how are you doing well This is INmate Mr. Tony Collier #B=39900 in Pontica corr. center I am write you let you Know that I had wrote my grievance Report myself So will you Response Back on this grievance Report So you Know that Mr. David Marshall #K=63393 So I hope you will get Back with me Thank you for your time

           Froms INmate
           Tony Collier
           B=39900

RECEIVED
MAR - 8 2007
OFFICE OF
INMATE ISSUES

To: Administrative Review Board

Hi how are you doing well This is Inmate Mr. Tony Collier B-39900 in Pontiac Corr. center I had wrote a grievance Report to you Back in Oct-21-2006 at Menard Corr. center So I am write you See of you is going to give me a hear or not So will you Please get Back with me on this Thank you for your time

From: Inmate
Tony Collier
B-39900

**RECEIVED**

FEB 16 2007

OFFICE OF
INMATE ISSUES

Facility: *Dixon CC*

### State of Illinois - Department of Corrections

### INMATE INJURY REPORT

Inmate's Name _Collier, Tony_     Inmate's Number _____

Age __33__     Birthdate _4/18/73_     Sex _Male_     Race _Cauc._

---

NOTE:     **THIS SIDE IS TO BE COMPLETED BY THE STAFF MEMBER WITNESSING THE OCCURENCE OR WHO IS RESPONSIBLE FOR THE INMATE**

Date of Injury _9/6/06_     Time _Unknown_

Where Did Injury Occur: _DPUC - 23_

How Did Injury Occur: _Reports assaulted by officer._

Why Did Injury Occur: _Would not return inhaler._

Suggestions to Prevent Recurrence: _Do as ordered._

Witnesses: _NO_

Remarks: _None_

_C Berkeley RN_
Signature of Individual Completing This
Portion of Inmate Injury Report

_9/7/06_
Date

(Medical Report on Reverse Side)

DC 7111-1A1
IL 426-0023 (3-90)

# INMATE INJURY REPORT

Time of medical evaluation __9/7/06__ a.m. / p.m.    Date __2 _PM__

Physician Notified _____ a.m. / p.m.    Date _____

**S (Inmate Account)** "I wouldn't give my inhaler up et so the officer came in, I swang at him et he hit me I fell down et he took my inhaler."

**O (Objective Findings)**

Vitals T __N/A__   P __64__   R __20__   BP __120/60__   Tetanus __6/29/03__

(R) orbit c̄ noted swelling et redness yet schlera white. No open areas noted. Swelling loose fluid filled.

**A (Evaluation of Injury)** Echymotic (R) orbit c̄ edema

**P (Treatment and Follow-up)** To ice periodically.

Disposition of Patient: ☐ Return to Assignment ☑ Housing Unit ☐ Lay-In ☐ MD
☐ Infirmary ☐ Off Site Referral for Treatment - Destination _____

_G Berkeley, RN_
Signature and Title

I have reviewed this report and would like to see this inmate:
☐ immediately ☑ next sick call ☐ PRN.

_____ M.D.
Signature

__9/8/06__
Date

x-y done prelim ⊖ but x-y to read for official report

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _Collier_ _____ _Tony_ _____ ___ _B39900_
              Last Name              First Name        MI      ID#

Facility: _Pontiac_ _____

[X] Grievance (Local Grievance # (if applicable): ___3-5-07___) or [ ] Correspondence
Received: _3, 8, 07_    Regarding: _c/o McGuire 9-6-06- Inhaler_
               Date                            _D. Xon_

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

[ ] Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

[ ] Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

[ ] Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

[ ] Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

---

**Misdirected:**

[ ] Contact your correctional counselor regarding this issue.

[ ] Request restoration of Good Conduct Credits (GCC) to Adjustment Committee.  If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

[ ] Contact the Record Office with your request or to provide additional information.

[ ] Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

[ ] Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

---

**No further redress:**

[ ] Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

[X] Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

[ ] This office previously addressed this issue on _____/_____/_____.
                                                              Date

[ ] No justification provided for additional consideration.

---

Other (specify): _Issues are for Sept 06. Over 60 days-_
_UPM w/ Dixon 1-5-07- over 60 Day_
_9-29-06_

Completed by: _____    _Shirley Behta_    _3, 8, 07_
                      Print Name                Signature              Date

Distribution:   Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

Page = 1 = of = ONE

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 3=5=07 | Committed Person: (Please Print) Tony Collier | ID#: B=39900 |

| Present Facility: Pontiac Correctional Center | Facility where grievance issue occurred: Dixon Correctional center    x house c-wing cell 23 |

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time
☒ Staff Conduct  ☐ Dietary  ☐ Medical Treatment
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___
                        Date of Report

**✱ Due Process Clause Violation, Equal Protection**
☐ Disability ~~&~~ Violation
☐ Other (specify) State and
Federal Law Violation,
Rule and regulation
Violation, Staff Assault
Harrassment And Retaliation. ✱✱✱
Facility where issued And 8th Amend. Violation

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: That This I.D.O.C-Doc-0046 Presh complaint from is
Bing filed and reilliterated to "crystal=clearly" expose the
maladroited and clear exspansive Notions of malversationalism
and unproffessionalism of ministerial outies, Positions, and
operations ∞∞∞∞∞ Inorder that, while incarcerated at the
ILLinois State Penitentiary "Dixon Correctional center
Special treatment center" 2600 North Brinton Avenve P.O.
Box=1200, Dixon, ILLinois 61021=1200, That AD=Hune Diem of
September=06=2006 at Approximately 23:08:42 P.M. Central
Standard time (C S t) While Correctional officer Mc.Guire

Relief Requested: _____

_____

_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Tony Collier | B=39900 | 3, 5, 07 |
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

RECEIVED
MAR - 8 2007
OFFICE
INMATE ISSUES

Chief Administrative Officer's Signature    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

#UNKN Was Conducting the 23:00:00 P.M. Central Standard time count This Grievant Confronted this Correctional Officer and respectfully AIK him, can he Please contact Correctional officer Johnson #UNKN, Who was Assigned to B-wing AD=Hunc=Diem, at Approx 24:30:12 A.M. Central time, C/o Mc.Guire Attempted to contact C/o Johnson But to NO AVAIL C/o Johnson could not Be Reach=or=Present at the time Due to he was out Collecting Suppling, at Approx. 12:45:08 A.M. Central Standard time, Grievant Informed C/o Mc.Guire that Grievant was in need of his Ashma=Pump (INHALB), C/o Mc.Guire Left and returned Back to Grievants cell Location W/Grievants INHALER, Opered the food Slot and Gave Grievant his INALER, Grievant Then Again respectfully Asked this C/o Can he contact C/o Johnson when C/o Mc.Guire Refused to return his INHALER, Stating, I'm not Giving It Back Untill you contact Someone, Preferablly C/o Johnson, C/o Mc.Guire refused once Again and Gave Grievant Several Direct Orders to return the INHALER and Then continved to Purve This Ubnoxious Behavior By threatining This Grievant Stipulating: I'm not calling NO fucKing Baby and If you Dont Give me that INHALER, I Will Come come in there and get It myself, C/o Mc Guire Then Proceeded in a malicious and threatining way By Slamming Down the food Shield Down on the food Cart, Then radioed the control officer, C/o OAKMAN UNKN, Told him to turn on the Light and open up cell #C=23 (C-wing cell#23 Grievant cell) C/o Mc.Guire then Pulled the cell door open and Started Demanding Grievants INHALER, Grievant Refused to Give this C/o his INHALER and Clearly Stated to this C/o That It IS Strictly Prohibited to enter into A Prisoners cell without Said Prisoner Being handcuff, It is A clear violation of the Breach=of=Security and Breach= of=Duty Contract This C/o Then Abruptly Shoued Grievant to Where this Grievant fell BackWard over his Bed, Then Pounced on Grievant and Started Punching and Hitting Grievant ABout the face and chest area with A Maliciouely intent and Bad Motive to Produce Seriouely Bodily harm to Grievant, This C/o then Got up and Grab Grievante inhaler and threw It out the cell=Door Location opening, Left out the cell and Slammed Grievants Door AGGRESSIUEIyoooooo

This Grievant Then "at Approx. 13:05:42 to 14:10:38 A.M. "Spoke to the Shift Commander, A MAJOR By the name of Dillaball In Private, and explained to him every=thing that took Place

(Please See next)

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

and transpired, This MAJOR Referred Grievant to A medical techician & nurse Concerning the Physical Bruises Grievant Subtained, He Also claimed to have Re=assigned So Mc. Guire off of c=wing, There was an Inccident Report from the Med=Tec./Nurse ooooooooo

   futhermore at Approx: 16:09:36 to 17:18:43 A.M. MAJOR Dillaball tooK Pictures of Grievants face and Body Concerning the Conclusive Evidence of Grievants Injuries He Subtained, claim that A Investigator would Speak to Grievant concerning the issue, and that He would check the computer (Which is Designed to record all Door openings on All Days & times) to See If the Grievants Door was open on Said Date Grievants was transferred to Menard Corr= ectional Center on friday, September=29=2006, NO Investi= gator SpoKe w/ Grievant and there was nothing Else Dont on the issue that occuredoooooo

         **✳ Relief:Requesition of fresh Complaintoooooo**
1) Grievant is respectfully Requesting to recieve A Polygraph
  test to Prove Grievants Allegationsooooooo
           =AND=
2) That I Be compeneated for the Staff assault and the varioue Violations of Grievants Rightsooooo
          =OR=
3) to recieve Good Conduct Credit Restoration, Release out of Segregation, Re Stored BacK to Grade, for Dedt of restitution to Be Eradicated, and/or transferred out of MAXIUM Security Institutionooooooo

RECEIVED
MAR - 8 2007
OFFICE OF
INMATE ISSUES

         ✳ END OF

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: ___M a r s h a l l_____ _____D a v i d_____ ____ ___K 63393___
                            Last Name                                 First Name              MI              ID#

Facility: ___P o n t i a c_____

☒ Grievance (Local Grievance # (if applicable): __10-30-06__   or   ☐ Correspondence
Received: __11,2,06__   Regarding: ___Jhn  Collier   B 39900__
                      Date                                                        Dixon
                                                                              Sept issues

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable.
☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.
☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
                                Office of Inmate Issues
                                1301 Concordia Court
                                Springfield, IL   62794-9277

**Misdirected:**
☐ Contact your correctional counselor regarding this issue.
☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.
☐ Contact the Record Office with your request or to provide additional information.
☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
☐ Address concerns to:  Illinois Prisoner Review Board
                            319 E. Madison St., Suite A
                            Springfield, IL   62706

*RECEIVED*
*MAR - 8 2007*
*OFFICE*
*INMATE ISSUES*

**No further redress:**
☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.
☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
☐ This office previously addressed this issue on ___/___/___.
                                                        Date
☐ No justification provided for additional consideration.

Other (specify): _Per  Records  reviewed  Mr. Collier  is  capable_
_of filing his own grievances and has. You cannot file_
_on anothers behalf and it does not appear_
_anything prohibits Collier from writing his own_

Completed by: _____   ___Sherry Benton___   _2,15,07_
                        Print Name                                Signature                    Date

Distribution:  Offender; Inmate Issues                                                          DOC 0070 (10/2001)

* ORIGINAL DOCUMENT
* PAGE - ONE - OF - ONE
* MENARD/CO-CORRECTIONAL CENTER
* NORTH-TWO SEGREGATION
* CENTRAL TERM STANDARD
20:05:47 P.M. CENTRAL

* CO-CORROBORATING AND
ASSISTING PRISONER
* DAVID B/ MARSHALL
* I.D.O.C. # K-63393
* NORTH/TWO SEG. CELL # 2-1;
* ISO. POLL # 10-ILA-OUT.?

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE** * LEVEL-2-SECURITY CLASSIFIED

| | |
|---|---|
| Date: OCTOBER-20-2006 | Committed Person: DAVID B/ MARSHALL "K-63393" |
| | (Please Print) C/O TONY COLLIER |
| Present Facility: PONTIAC C.C. | Facility where grievance issue occurred: DIXON C.C. |
| MENARD CORRECTIONAL CENTER | ID#: # B-39900 |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): *DUE PROCESS CLAUSE VIOLATION; EQUAL PROTECTION CLAUSE VIOLATION; STATE AND FEDERAL LAW VIOLATION; RULE AND REGULATION VIOLATION; STAFF ASSAULT AND BATTERY; HARASSMENT AND REGULATION VIOLATION.

Staff issue @

Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: * NOTICE OF FRESH COMPLAINT FILATION...

THAT I, PRISONER, DAVID B. MARSHALL #K-63393 N8-02-15, WITHIN THIS NORTH-TWO

SEGREGATION HOUSINGUNIT IS PURSUING THIS I.D.O.C.-DOC.-0046 FRESH COMPLAINT

FORM, AD-HOC-ITEM, IN BEHALF OF PRISONER, TONY COLLIER #B-3900 N8-02-16, ALSO

INFINITIVELY SUFFERS FROM ILLITERACY AND SUFFERS A CLEAR LACK-OF-COMPRE-

HENSIVNESS AND UNDERSTANDING IN LEGAL CRITERIA, THEREFORE, DO TO THE ABOVE-

SITUATION AND ACCORDING TO I.D.O.C. RULES AND REGULATIONS, INDEED, PERTAIN-

MENTAL NUTS, TITLE-20 ILL. ADMIN. CODE, CH.-ONE, SUBCH.-10, LIBRARY SERVICES

AND LEGAL MATERIALS, PART-430, SECTION-430.30, ASSISTANCE OF COMMITTED PER-

SON, WHICHSAID AND PURPOSEFULLY DEFINES THE FOLLOWING

IMPLEMENTATION:

* PLEASE SEE PAGE - TWO - OF - ONE....

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature

B-39900    10/20/2006
ID#     Date
* SIGNED BY CO-CORROBORATING
AND ASSISTING PRISONER WITH
THE RESTITUTION OF TONY COLLIER

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | |
|---|---|
| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: | |

Print Counselor's Name     Counselor's Signature     Date of Response

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: ___/___/___ | Is this determined to be of an emergency nature? [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner. |

RECEIVED
NOV - 2 2006
OFFICE OF
INMATE ISSUES

Chief Administrative Officer's Signature     Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE (Continued)**

DOC 0046, Page 2 - Of - ou

"Under, committed person may assist one another in/with the preparation of legal documents to the extent in consistency's with institutional security, committed person shall not receive compensation for such given assistance...."

\* Brief summary of fresh complaint.....

That this I.D.O.C.-DOC-0046 fresh complaint form is being filed and reilluminated to "crystal-clearly" expose the maladroitness and clear expansive notions of maladroitism and unprofessionalism of ministerial duties, positions, and operations.... Inasmuch that, while incarcerated at the Illinois State Penitentiary, "Dixon Correctional Center Special Treatment Center", 2600 North Brinton Avenue, P.O. Box-1200, Dixon, Illinois 61021-1200, that ad-hunc item of September-ber-06-2006, at approximately 23:08:48 p.m. central standard time (CST), while correctional officer McGuire *unk* was conducting the 23:00:00 p.m. central standard time count, this grievant confronted this correctional officer and respectfully ask him, can he please contact correctional officer Johnson *unk*, who was ————— assigned to R-wing ad-hunc-item, at approx. 24:30:12 a.m. central time, c/o McGuire attempted to contact c/o Johnson, but to no avail, c/o Johnson could not be reach-or-present at the time due to he was out collecting supplies, at approx. 12:45:08 a.m. central standard time, grievant informed c/o McGuire that grievant was in need of his asthma-pump (inhaler), c/o McGuire left and returned back to grievant's cell location w/ grievant's inhaler, opened the food slot and gave grievant his inhaler, grievant then again respectfully asks c/o can he contact c/o Johnson, when c/o McGuire refused, grievant then refused to return his inhaler, stating, I'm not giving it back until you contact someone, preferably c/o Johnson, c/o McGuire refused once again and gave grievant several indirect orders to return the inhaler and then continued to pursue their unnoxious behavior by threatening this grievant stipulating: I'm not calling no fucking body and if you don't give me that inhaler, I will come come in there and get it myself, c/o McGuire then proceeded in a malicious and threatening way by slamming down the food shield down on the food cart, then randoms this control officer, c/o Oakman *unk*, told him to turn on the light and open up C51*C-23 (C-wing, C51*23, grievant's cell) c/o McGuire then pulled this cell door open and started demanding grievant's inhaler, grievant refused to give this c/o his inhaler and clearly stated to this c/o

THAT IT IS STRICTLY PROHIBITED TO ENTER INTO A PRISONER'S CELL WITHOUT SAID PRISONER BEING HANDCUFF, IT IS A CLEAR VIOLATION OF THIS BREACH-OF-SECURITY AND BREACH-OF-DUTY CONTRACT, THIS C/O THEN ABRUPTLY SHOVED GRIEVANT TO WHERE THIS GRIEVANT FELL BACKWARD OVER THIS BED, THEN POUNCED ON GRIEVANT AND STARTED PUNCHING AND HITTING GRIEVANT ABOUT THE FACE AND CHEST AREA WITH A MALICIOUS INTENT AND BAD MOTIVE TO ASSAULT SERIOUSLY BODILY HARM TO GRIEVANT, THIS C/O THEN GOT UP AND GRAB GRIEVANT'S JUMPSUIT AND THROW IT OUT THE CELL-DOOR LOCATION OPENING, LEFT OUT THIS CELL AND SLAMMED GRIEVANT'S DOOR AGGRESSIVELY......

        THIS GRIEVANT THEN "AT APPROX. 13:05:42 TO 14:10:38 A.M." SPOKE TO THE SHIFT COMMANDER, A MAJOR BY THE NAME OF DELLABAU, IN PERSONE, AND EXPLAINED TO HIM EVERY-THING THAT TOOK PLACE AND TRANSPIRED, THIS MAJOR REFERRED GRIEVANT TO A MEDICAL TECHNICIAN & NURSE CONCERNING THE PHYSICAL BRUISES GRIEVANT SUSTAINED, HE ALSO CLAIMED TO HAVE RE-ASSIGNED C/O MCGUIRE OFF OF C-WING, THERE WAS AN INCIDENT REPORT FROM THIS MED-TEC./NURSE......

        FURTHERMORE, AT APPROX. 16:09:36 TO: 17:18:43 A.M, MAJOR DELLABAU TOOK PICTURE'S OF GRIEVANTS FACE AND BODY CONCERNING THE CONCLUSIVE EVIDENCE OF GRIEVANT'S INJURIES HE SUSTAINED, CLAIM THAT A INVESTIGATOR WOULD SPEAK TO GRIEVANT CONCERNING THIS ISSUE, AND THAT HE WOULD CHECK THE COMPUTER (WHICH IS DESIGNED TO RECORD ALL DOOR OPENING'S ON ALL DAY'S & TIME'S) TO SEE IF THIS GRIEVANT'S DOOR WAS OPEN ON SAID DAY, GRIEVANT WAS TRANSFERRED TO MENARD CORRECTIONAL CENTER ON MONDAY, SEPTEMBER-24-2006, NO INVESTIGATOR SPOKE W/ GRIEVANT, AND THERE WAS NOTHING ELSE DONE ON THE ISSUE THAT OCCURRED......

      *RELIEF REQUESTION OF FRESH COMPLAINT......
1) GRIEVANT IS RESPECTFULLY REQUESTING TO RECEIVE A POLYGRAPH TEST TO PROVE GRIEVANT'S ALLEGATIONS......
     — AND —
2) THAT I BE COMPENSATED FOR THE STAFF ASSAULT AND THE VARIOUS VIOLATIONS OF GRIEVANT'S RIGHTS......
     — OR —
3) TO RECEIVE GOOD CONDUCT CREDIT RESTORATION, RELEASE OUT OF SEGREGATION, RESTORED BACK TO GRADE, FOR DEBT OF RESTITUTION TO BE ERADICATED, AND / OR TRANSFERRED OUT OF - MAXIUM SECURITY INSTITUTION......

**RECEIVED**