**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Western Division**

Tony E Collier

                    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 3:08−cv−50001
　　　　　　　　　　　　　　　　　　Honorable Frederick J. Kapala

Mc.Guire, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 28, 2008:

      MINUTE entry before Judge Honorable P. Michael Mahoney: Video Status hearing/Settlement conference held on 3/28/2008. Time to effect service under Rule 4 extended to 5/30/08. Amended Complaint due by 4/18/2008. Status hearing set for 5/30/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.