# United States District Court for the Northern District of Illinois

Case Number: **08 C 50001**    Assigned/Issued By: _____

---

## FEE INFORMATION

**Amount Due:**   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☒ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Paid: _____    Fiscal Clerk: _____

**FILED**
APR 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

## ISSUANCES

**Type Of Issuance:**
☒ Summons
☐ Alias Summons
☐ Third Party Summons
☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____ (Type of Writ)

1 Original and __2__ copies on __4-22-08__ as to __deft__
                                    (Date)

---

C:\wpwin80\docket\feeinfo.frm   01/01