Civil Process
**AFFIDAVIT**
Lee County Sheriff's Department
316 S. Hennepin Avenue
Dixon, IL. 61021



FILED
MAY 30 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

### I certify I have served the attached paper on the respondent as follows:

(A) **PERSONAL SERVICE:** By leaving a copy of the summons/complaint with the respondent.

(B) **SUBSTITUTE SERVICE:** By leaving a copy of the summons/complaint at the abode below with a person of age 13 years old or older and a resident, informing said person of the contents. A copy of the summons was also mailed to the respondent at his/her usual place of abode on Date:

(C) **CORPORATION:** By leaving a copy of the summons/complaint with the Registered Agent, Officer, or Agent of each defendant corporation as indicated below.

(D) **POSTED**
Name of respondent: **Officer McGuire**　　　Case# **08CV50001**

If other than respondent, served on: **Officer Rendleman**

Person Served:　Sex　　　Race　　　Age/DOB

Service/Posted Date: **4/30/2008**　　Time: **2:10pm**

Location of Service: **2600 N. Brinton, Dixon, IL. (Prison)**

Additional Remarks: c/o Dixon DOC

(E) REASON RESPONDENT WAS NOT SERVED:

Moved　　　　　　　　　　No such address
Returned Per Attorney
Unable to locate　　　　　　Todays Date:
Other:

**PLEASE NOTE NEW ADDRESS:**

Sheriff Fees: Service:　**$15.00** Return:　**$5.00**　Miles at $1 a mile　**$3.00**
　　　　　　　　　　　　　　　　　　　　Total:　**$23.00**

John Varga
Sheriff Of Lee County　　　　　By:　　J. Yater

RECEIVED
MAY - 6 2008

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TONY E. COLLIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 cv 50001 |
| ) | |
| OFFICER MCGUIRE, ) | |
| in his official and individual capacity, ) | |
| ) | |
| Defendants. ) | |

TO:   **Officer McGuire**
**o/c Dixon Department of Corrections**
**2600 North Brinton Avenue**
**Dixon, IL 61021**

YOU ARE HEREBY SUMMONED and required to serve upon the PLAINTIFFS' ATTORNEY (name and address)

Law Office of Rene Hernandez, P.C.
1625 East State Street
Rockford, IL. 61104
Telephone: (815) 387-0261
Facsimile: (815) 387-0264

an answer to the complaint which is herewith served upon you, within ~~60~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS                4-22-08
_____         _____
CLERK                             DATE

_____
(BY) DEPUTY CLERK