# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Tony E Collier

                         Plaintiff,

v.                                              Case No.: 3:08–cv–50001
                                                     Honorable Frederick J. Kapala

Officer McGuire, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:Initial Pretrial conference held on 7/23/2008. Case management order approved. Scheduling applies only as to exhaustion remedy. FRCP 26(a)(1) disclosure due 8/8/08. Fact Discovery ordered closed by 10/17/2008. Resposne to complaint due by 8/6/2008. Dispositive Motions due by 11/17/2008. Discovery Hearing set for 9/12/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.