IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| TONY E. COLLIER, | ) | |
| | ) | No.  08 C 50001 |
| Plaintiff, | ) | |
| | ) | Hon. Frederick J. Kapala |
| v. | ) | Judge Presiding |
| | ) | |
| OFFICER McGUIRE, in his official and individual capacity, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Rene Hernandez
      Attorney at Law
      1625 East State Street
      Rockford, Illinois 61104

     PLEASE TAKE NOTICE that on August 4, 2008, the attached **DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** was filed by **Electronic Filing** with the Clerk of the United States District Court, for the Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois 61101, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois          By:    s/James P. Doran
                                                  JAMES P. DORAN
                                                  Assistant Attorney General
                                                  General Law Bureau
                                                  100 W. Randolph St., 13th Fl.
                                                  Chicago, Illinois 60601
                                                  (312) 814-7202

## CERTIFICATE OF SERVICE

     The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on August 4, 2008.

                                                                     s/James P. Doran